# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| In RE: | * |
| | *  CHAPTER 13 |
| STEPHANIE THORNTON, | *  Case No.: 15-00542 |
| | * |
| Debtor. | * |

## NOTICE OF WITHDRAWAL
## OF OBJECTION

**NOW COMES** undersigned counsel for Debtor and hereby gives notice of withdrawal of Objection, and in support thereof states as follows:

1. That Debtor filed the instant Chapter 13 case on or about February 21, 2015;

2. That, on or about June 4, 2015, Debtor filed an Objection to Proof of Claim No. 4 filed by Cavalry SPV 1, LLC, the basis of that it was a duplicate claim;

3. That Creditor has since provided documentation sufficient to identify two independent claims;

4. That Counsel hereby withdraws said Objection.

Respectfully Submitted,

    /s/ Stephen L. Klimjack
Stephen L. Klimjack
Stephen L. Klimjack, LLC
1306 Government Street
Mobile, AL 36604
(251) 694-0600
(251) 694-0611 fax

## CERTIFICATE OF SERVICE

      I do hereby certify that on this the 25th day of June, 2015, a copy of the foregoing document was served on the Trustee, Daniel B. O'Brien, by the U.S. Bankruptcy Court Electronic Filing System, and by United States Mail, first class postage prepaid, to the following:

Cavalry Spv 1, LLC
c/o Bass & Associates, PC
3936 E. Ft. Lowell Rd., Ste. 200
Tucson, AZ 85712

                                                     /s/ Stephen L. Klimjack
                                                     STEHPEN L. KLIMJACK